UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUROFINSA S.A., <br><br> Petitioner, <br><br> v. <br><br> THE GABONESE REPUBLIC, <br><br> Respondent. | Civil Action No. 1:23-cv-03013 <br><br> Judge Rudolph Contreras |

**PLAINTIFFS' MOTION FOR ORDER UNDER 28 U.S.C. § 1610(c)
AUTHORIZING ATTACHMENT AND EXECUTION**

Petitioner Eurofinsa S.A. respectfully moves for an order, pursuant to 28 U.S.C. § 1610(c), authorizing attachment and execution of the judgment against Respondent the Gabonese Republic entered by this Court on January 17, 2025, in the amount of $17,898,152.10. ECF No. 27. The grounds for the motion are set forth in the accompanying Memorandum and Declaration of Bernardo M. Cremades Román and exhibit thereto, and the evidence and other materials previously submitted in the case.

Dated: May 15, 2025
Washington, D.C.

Respectfully submitted,

*/s/ Daniel Pulecio-Boek*
Daniel Pulecio-Boek
Bar ID No. 1500514
Michael A. Pusateri
Bar ID No. 1005463
GREENBERG TAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

T: (202) 331 3100
pulecioboekd@gtlaw.com
pusaterim@gtlaw.com

Bernardo M. Cremades Román
Bar ID No. 90011664
Patrick T. Byrne (*pro hac vice*)
B. CREMADES & ASOCIADOS
Goya 18, 2d Floor
28001 Madrid, Spain
T: +34 914 237 200
bcr@bcremades.com
pbyrne@bcremades.com

*Attorneys for Eurofinsa S.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2025, the undersigned served the instant motion and a related memorandum and declaration in support thereof and draft order via this Court's CM/ECF system.

                                    */s/ Daniel Pulecio-Boek*
                                    Daniel Pulecio-Boek